Case 6:22-mj-00002-HBK   Document 6   Filed 04/14/22   Page 1 of 2

AO 199A (Rev. 12/11- EDCA [Fresno Version 2])  Order Setting Conditions of Release- Misd.

1 of 2

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of California

**FILED**
Apr 14, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

v.

DAMON D. ZEPEDA,

Case No.   6:22-MJ-00002-HBK

## ORDER SETTING CONDITIONS OF RELEASE
### (Misdemeanor)

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release and notify the court within 48 hours if defendant is arrested and/or convicted of any violation of federal, state or local law;

(2) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose;

(3) The defendant shall not harass, assault, threaten or, stalk T.K.C. The defendant shall avoid **ALL** contact with T.K.C.

(4) The defendant shall notify the Court and defendant's counsel of any change of address; and

(5) The defendant must appear at:   Yosemite Courthouse via Zoom (Rule 43 Waiver Granted)
                                              *Place*

Before Magistrate Judge Helena Barch-Kuchta

on                                06/07/2022 at 10:00 AM
                                     *Date and Time*

I, the defendant, have received this order of release and have either read all the conditions of release set by the court or had them explained to me. I agree to stay in close contact with my counsel and to apprise my counsel of any change in my conditions and/or contact information. Finally, I agree and understand to all these conditions and understand that a violation of any of these conditions can result in a warrant for my arrest and subsequent detention.

Date: 4/14/2022

*Defendant's signature*

Date: 4/14/2022

M. WILLIAMS #1213
*Judicial Officer's Signature*

M. WILLIAMS - Custodial Deputy
*Printed name and title*

Date: 04/14/2022

*Judicial Officer's Signature*

Magistrate Judge Helena Barch-Kuchta
*Printed name and title*